JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America and Estate of JOHNSON and Shakenah Johnson Settler/Grantor

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
PHILADELPHIA POLICE DEPARTMENT
JOHN DOE, JANE DOE et. alii

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights / ☐ 555 Prison Condition / ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC Chapter 77 1583, 1587 18 usc 1509, 22 USC Chapter 78

Brief description of cause:
Brutality, violation of civil rights, and constitutional violations

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE Paul S. Diamond
DOCKET NUMBER 21-5281

DATE 01/03/2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Registrant for Registered Security(s)  
on behalf of the Settler/Trustee –JOHNSON  
c/o 1246 Wagner Avenue  
Pennsylvania Republic- USA- 19141

Case no.   21-5281

TO: THE CLERK OF COURT:

## ATTESTATION OF CERTIFICATE OF SERVICE

I, hereby certify and have caused a true and correct copy of the attached Affidavit of Facts to the Complaint Respondent(s) and Criminal Complaint and Order, Verification and Attestation of Certificate of Service as served on the following by first class United States mail, postage pre-paid on the sent date as indicated below:

ESTATE of JOHNSON  
shakenah johnson  
1246 Wagner Avenue  
Philadelphia Pa. 19141

JOSH SHAPIRO d/b/a  
Attorney General State of Pennsylvania et. al.  
16th Floor Strawberry Square  
Harrisburg Pennsylvania 17120  
Claimant/Plaintiff

THE OFFICE OF THE SHERIFF  
Attn: General Counsel  
c/o 100 South Broad Street, 5th Floor  
Philadelphia County, PA 19110

Rochelle Bilal, and Bilal, Rochelle  
dba SHERIFF OF Philadelphia  
Attn: Rochelle Bilal  
c/o 100 South Broad Street, 5th Floor  
Philadelphia, PA 19110

Danelle Outlaw, and Outlaw, Danelle  
d/b/a COMMISSIONER for  
Philadelphia Police Department  
750 Race Street  
Philadelphia Pennsylvania 19106  
Defendant(s)/Respondent(s)

Blanche Carney and Carney, Blanche  
d/b/a COMMISSIONER for  
Philadelphia Bureau of Prisons  
7901 State Road  
Philadelphia Pennsylvania 19136

Date 01/01/2022

/s/: _____ Registrant  
Signature of Reporting Agent for JOHNSON

Registrant for Registered Security(s)
on behalf of the Settler/Trustee –JOHNSON
c/o 1246 Wagner Avenue
Pennsylvania Republic- USA- 19141

Case no.   21-5281

TO: THE CLERK OF COURT

## VERIFICATION

I, hereby certify, and have caused the above Certificate of Service et. alii, to be entered upon this court of equity, and attest to the accuracy of its content, and request(s):

Date: 01/01/2022                    /s/ _____ . L.S. Settler/Trustee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street Second Floor, Federal Courthouse Room 2609
Philadelphia Pennsylvania 19106
Reference: Honorable Paul S. Diamond

UNITED STATES OF AMERICA
ESTATE OF JOHNSON &
shakenah johnson
*In propria persona*
Josh Shapiro, Attorney General and
OFFICE OF THE ATTORNEY

*Plaintiff/Claimant*

v.                                                          Case no. 21-5281

LARRY KRASHNER, DISTRICT ATTORNEY and
OFFICE OF THE DISTRICT ATTORNEY et. alii.

ROCHELLE BILAL, SHERIFF and
OFFICE OF THE SHERIFF et. alii.
                                                            Trial by Jury
BLANCHE CARNEY, COMMISSIONER and
OFFICE OF BUREAU OF PRISONS A CORRECTIONAL FACILITY et. alii.

DANIELLE OUTLAW, COMMISSIONER and
OFFICE OF THE COMMISSIONER,
PPHILADELHIA POLICE DEPARTMENT et. alii.
JANE DOE et. alii
JOHN DOE et. alii

DEFENDANT(s)/RESPONDENT(s)
_____

## AFFIDAVIT OF FACTS IN THE COMPLAINT

To the Federal District Clerk, the following:
Pursuant to: Justice for All
Introduction and Brief History of what lead to the Brutality by Police and other Law enforcement Officers

42   enforcement Officers

43   On or about November 17th 2021, I shakenah, trustee/grantor for ESTATE OF JOHNSON,
44   who journey to 91 North 48th (Youth Study Center) in which I have tried to reach out to
45   Maurice Stovall, Ms. Hayes or, and Ms. Colleen who were agents for the YOUTH STUDY
46   CENTER which is a Juvenile Facility, were I inquire about information pertaining to my Son's,
47   these two people Ms. Colleen, and Ms. Hayes refuse to give me any information, then Colleen
48   gave me some documents, however none of the documents made any sense, then I ask to
49   speak with Maurice Stovall, who denied to come out, and talk to me, I notice Ms. Colleen in
50   the back lobby talking to a parent then I went to the back lobby, and said, hello Ms. Colleen
51   remember me Ms. Johnson, and she said yes I said ok, I am here to talk to Maurice Stovall, or
52   who is in charge, can you get Maurice please she stated she can't do that I asked WHY ?, I said
53   to Colleen, I have been here to many times and haven't gotten any correct information in
54   regards to who is the Judge on the case correct, Ms. Colleen said she can't, and I walked to
55   the back and I ask why one can't I go to the back with you she said you are not allowed to go
56   to the door when my son was placed on an ankle monitor officers who say mam you can't go
57   back there I ask why they stated you are not allowed so Ms. Colleen went thru the door in
58   which the officers guarding, so I said excuse me I reached to turn the knob it was locked the
59   officer then pushed me, and I then told him not to touch me again.

60
61                                   JURISDICTION
62

63   The Non-Statutory Abatement challenged jurisdictional facts necessary to place or bring
64   Petitioner within the inferior court's venue or jurisdiction. Petitioner is natural born, free, and
65   sovereign. Petitioner is an aboriginal in her own land with full religious immunity as cited by
66   Supreme Court Murdock vs. Pennsylvania Case Law 319 U.S. 105 as *In propria persona* neutral
67   "foreign state" holding full, diplomatic, immunity as an original sovereign Female in this Land
68   as in <u>Nunc Pro Tunc</u> there for the inferior court lack subject matter jurisdiction because of

69  the defendant(s) unconstitutional actions all others by the inferior court is void ab initio, and
70  now the inferior court (COUNTY COURT) lack subject matter, and has no lawful authority
71  to act or proceed persona jurisdiction therefore permanent jurisdiction is granted to the
72  Federal District thought out the case existence.

73                    JURISDICTIONAL FACTS AND CASE LAW
74
75            "Jurisdiction Must Be Properly Established Before Inferior Court Can Proceed"
76    When the jurisdiction of any tribunal is challenged, that tribunal bears the burden of proving
77  jurisdictions over both person and subject matter. In a court of limited jurisdiction, whenever
78  a party denies that the court has subject-matter jurisdiction, it becomes the duty and the burden
79  of the party claiming that the court has subject-matter jurisdiction to provide evidence, <u>Bindell</u>
80  <u>v. City of Harvey</u>, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991) Once jurisdiction is
81  challenged it must be proven. "<u>Hagins vs Levine 415 US 533 note 3</u> (1974) Where the question
82  of jurisdiction in the court over the person, the subject matter, or the place where the crime
83  was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but
84  must always be proved; and it is never waived by the defendant. " <u>U.S. vs. Rogers,</u> District
85  Court Ark., 23 Fed 658 1855Title 5 U.S.C. § 556 states as follows: "When jurisdiction is
86  challenged the burden of proof is on the government." The burden of proving jurisdiction
87  rests upon the party asserting it."Loos v. American Energy Savers, Inc., 168 Ill.App.3d 558,
88  522 N.E.2d 841 (1988) "Where jurisdiction is contested, the burden of establishing it rests
89  upon the plaintiff." One may challenge the court's subject matter jurisdiction at any time";
90  Troy Gold Indus., Ltd. v. Occupational Safety & Health Appeals Bd., 187 Cal. App. 3d 379,
91  385 n.3, 231 Cal. Rptr. 861, 864 n.3 (1986) (lack of subject matter jurisdiction may be raised
92  for the first time on appeal). Jurisdiction once challenged cannot be assumed and must be
93  decided. "Maine v. Thiboutot 100 S. Ct 2502 Therefore, it is necessary that their cord present
94  the fact establishing the jurisdiction of the tribunal. "Lowe vs.Alexander15C 296; People vs.
95  Board of Delegates of S.F. Fire Department. 14 C 479 Once challenged, jurisdiction cannot

96  be assumed, it must be proved to exist." <u>Stuck v. Medical Examiners</u>, 94 CA2d 751.211 P2s
97  389 A judge's allegation that he has subject-matter jurisdiction is only an allegation (Lombard
98  v. Elmore, 134 Ill.App.3d 898, 480 N.E.2d 1329 (1st Dist. 1985);Hill v. Daily, 28 Ill.App.3d
99  202, 204, 328 N.E.2d 142 (1975)); It is clearly observable in the varied courts that the standard
100 practice in Public Policy is that establishment of jurisdiction on the record is required.
101 Limitation On Court Action It is equally clear that failure to provide proof for the record of
102 jurisdiction over person and subject matter dispossesses a tribunal of ability to adjudicate: If
103 any tribunal finds absence of proof of jurisdiction over person and subject matter, the case
104 must be dismissed. "<u>Louisville RR v.Motley</u>, 211U.S.149,29S. Ct. 42,that did not happen."The
105 law requires proof of jurisdiction to appear on the record of the administrative agency and all
106 administrative proceedings. "<u>Hagans vs Lavine</u> 415 U.S. 533 No sanction can be imposed
107 absent proof of jurisdiction."<u>Standard v. Olesen</u> 74 S. Ct 768An aggrieved party may petition
108 the supreme court for relief in the nature of prohibition when an inferior case has allegedly
109 exceeded its jurisdiction. Solliday v. District Court, 135 Colo. 489, 313 P.2d 1000 (1957).An
110 order in the nature of prohibition should be entertained where it is apparent that no judgment
111 in favor of the plaintiff in the court below could be affirmed for want of jurisdiction over the
112 person of the defendant. Carlson v. District Court, 116 Colo. 330, 180 P.2d 525 (1947); Kellner
113 v. District Court, 127 Colo. 320, 256 P.2d 887 (1953).Relief in the nature of prohibition in an
114 original proceeding is proper where a trial court is proceeding, or threatens to proceed, without
115 jurisdiction. Andrews v. Lull, 139 Colo. 536, 341 P.2d 475 (1959).Ordinarily, relief only lies to
116 prevent the lower court from proceeding further with the cause, but where this would not give
117 the relator the relief to which he is entitled, it may direct that all proceedings had in excess of
118 jurisdiction be quashed and the order entered which should have been. People ex rel. Lackey
119 v. District Court, 30 Colo. 123, 69 P. 597 (1902). Prohibition is applicable to restrain a trial
120 court from proceeding with a criminal trial when it has no jurisdiction over the subject matter.
121 Bustamante v. District Court, 138 Colo. 97, 329 P.2d 1013 (1958). Any decisions a judge
122 makes in a court that has not properly established jurisdiction will be mandatorily overturned:

123  Void judgments, Void judgments must be dismissed, regardless of timeliness if jurisdiction is
124  deficient. Mitchell v. Kitsap County 59 Wash.App. 177, 180-81, 797 P.2d 516 (1990) Collateral
125  challenge to jurisdiction of pro-tem judge granting summary judgment properly raised on
126  appeal.  Allied Fidelity Ins.
127  Co. v. Ruth, 57 Wash. App. 783, 790, 790 P.2d 206 (1990); Jaffe and Asher v. Van Brunt, 158
128  F.R.D.278 (S.D.N.Y. 1994) Res judicata does not apply to a void judgment.  Allcock v. Allcock
129  437 NE.2d 392 (Ill.App.Dist.3 1982) When rule providing relief from void judgment is
130  applicable, relief is mandatory and not discretionary.  In re Marriage of Markowski, 50
131  Wash.App. 633, 635, 749 P.2d 745 (1988); Brickum Inv. Co. v. Vernham Corp., 46 Wash.App.
132  517, 520, 731 p.2d 533 (1987); Orner v. Shalala, 30 F.3d 1307
133  (Colo.1994).

                                              Continuation from the Brief

135     NOW, THE BRIEF IN THE BEGINNING OF CRIMES AGAINST HUMANITY
136

137  Fact: I left the Young Study Center in pursuit of information pertaining to my two son's
138  hoping to get answers from the District Attorney's Office, and speak to Larry Krasner praying
139  to get answers, as to who was the prosecutor in the case of  Safiyyy Muahd Johnson, and
140  Benjamin Tylil Fleming now upon arriving at the building behind the information counter at
141  the District Attorney's Office was a Lady, and a male by her side at the counter  there was a
142  man waiting to be seen, and the man by her side was a lady I then waited for either person to
143  be finished the man was finished first who was Caucasian.
144

145  Fact: the gentlemen behind the counter picks up the desk phone,  it rang two times he then
146  puts his arm up while on the phone as if he was talking to someone in the lobby behind me
147  he then points to me as if he's asking how can he help me I then say I am here to see Larry
148  Krasner he points one finger as if now he saying hold on he hangs up the phone picks it back

149   up, and dial an extension while whispering now on the phone now, I could not hear what was
150   being said, before hanging up the phone the male stated  go to the 11th Floor.
151
152   Fact: So the only thing I heard was go to 11th floor, so that is were I went, at that time the lady
153   who he was servicing someone else was waiting to go up the escalators so I notice the lady
154   gone thru the door I followed , upon following the male from the counter he came over, and
155   tried to block, after saying go to the 11th Floor he then stop me from entering I then stated
156   you said go to the 11th floor, and he said yes but you just can't go  at this time I am concerned
157   and what are they hiding, so I asked so how did the white lady go thru, but you what to stop
158   me, so I then manage to squeeze thru with another person entering the elevator as well.
159   Fact: I then told Eric, a relative, and a neighbor who was accompanying me at the time  the
160   male said you are not allowed, so he stopped us from getting to the second Floor at the top
161   of the escalator me, and Eric comes into contact with two big men Caucasian men which one
162   puts his hands on me who were in plain clothes, I continue to proceed to knocking at the
163   office door with the men following me & Eric. I began to call out Larry Krasner are you there
164   Larry the Caucasian male states mam you have to leave, or I will call the Police I stated call
165   the police I didn't harm anyone so now that  I'm not interrupting by knocking on office door,
166   people began to come out the office upon me finding the location to the elevator where you
167   now have 2 big men (Caucasian Male) then two females(1 Cooper color American) and (1
168   Caucasian Female) they followed me to the elevator the Caucasian female tried to take my
169   Gucci bag with my documents (papers), so I ask who are you to the tall blue eyed male with
170   tan color hair he states he's going to call the police so now I said call them I didn't harm
171   anyone.
172
173   Fact: I am here to see District Attorney Larry Krasner, at this point they are still following me,
174   and says you have to leave or I'm going to lock you up I said I need answers he then states to
175   the (Caucasian female) who never gave me her name, or badge number she was short with red

176 hair he said get the handcuff's next thing he grab my arm at this time I am screaming from
177 pain of them twisting my arm I said let me go, you are not the police you people are in plain
178 clothes now you have all four treating me like a harden criminal.

179

180 Fact: Now they proceeded to be brutal, and aggressive as they had me on the floor trying to
181 get the handcuffs on me I'm screaming I can't breathe the to the Caucasian male he had his
182 knee in my back while the others was holding me down pressing the back of my neck for
183 minutes, smashing my face to the floor where the Caucasian lady when to get the hand cuff's
184 they got me cuffed, so now they are trying to pick me up to put me in a room so refuse to get
185 up at this point I do not trust them, now I said I prefer to sit in the hallway where people can
186 see what's going on, so the Caucasian female said, if you tell me the problem I might can help
187 you, that never happen her giving me help, all they had to do was contact a DA assistant or
188 someone from the DA's Office to talk too.

189

190 Fact: So I said to the Lady my two sons got arrested for a search warrant that was not for
191 them but for another young man that do not reside at my house, translation wrong house,
192 wrong people so why were they arrested?, the police have knowingly and willingly committed
193 a crime which was an unconstitutional practice (unlawful search and seizure Article 8
194 Pennsylvania Constitution) the address in question that they broke into was 1246 Wagner
195 Avenue Philadelphia Pa. 19141 respectfully and with no warrant, at this time I started asking
196 her questions requiring certain documents in which I have not receive so she ask what's your
197 son's name, and date of Birth, in which I gave to her, meanwhile she says let me go see what
198 is going on.

199

200 Fact: at this time I tried getting off the floor again to go in a room they have been trying to
201 get me into but, I refuse again so they began to get angry they pick me up, and took me in a
202 large conference room so now while in this room with the 2 females and the 2 male people at

7

203  this time they still haven't read me my rights nor what was I being detained for, and again they
204  ask me what am I here for, and who are you people are you from the Sheriff Department,
205  show me some credentials or ID or something, I said I hope you have your foreign registration
206  statement so they all started laughing, I began to get out the chair with my hand cuff's and;
207
208  Fact: As I proceed to get up to catch my breath, and stretch at that time I got pushed back
209  down so after being in the conference room approximately 30 to 40 minutes they grab me
210  holding me taking me took me to the elevator and walk me down, and out to the police officers
211  who's van was outside waiting for me upon coming out I see Eric my neighbor over on the
212  corner so the officers are searching my person they remove all items out my black leather
213  jacket pockets meanwhile I'm crying, and shouting Eric call my kids one of the officers ask do
214  you want me to give the guy your bag I stated yes you can give it to Eric they put me in the
215  back of the police wagon.

216                    THE BEGINNING OF THE BRUTALITY
217
218  Fact: I arrived at 8th & Race Streets, when I got there the officers were handling me with
219  extreme roughness trying to get my leather jacket off with the cuffs on so I stated you have to
220  take the cuff's off first they the put the cuff's back on then they took me all the way in the 2nd
221  cell from the end I felt notice my menstrual was on where I had on a light mint color two
222  piece sweats top the blood seeped thru my clothes, and I said to them I need help I called for
223  an officer no response the other people in other cells the officers allowed to get a call, calling
224  a person for finger printing when they felt like it, at this time they the Police have not told me
225  what I was Arrested for, nor have they read me my rights nor let me make a phone call.
226
227  Fact: I was lock up with men on the same cell block picking up the trash from the inmates
228  which consist of 2 slices of bread, and water or trash from sanitary upon the men arriving on
229  the block I would ask for a water or to tell the person or officer working up front to come

230  help me the men ignored me every time I would notice, and hear the officer on the block near
231  me.
232
233  CONTACT WITH OTHER INMATES AT THE 8TH & RACE STREETS POLICE
234  ADMINISTRATION HEADQUARTERS
235  Fact: The Police brutality, and harassment continues, so now the Female Office who gives no
236  name come to get me to be processed by (3 Officers) after taking me to the Front of the
237  administration Building Headquarters and on the screen they ask me to step up to the screen
238  with a picture of a (WHITE OLDER MAN) so I stated that's not my name or my picture at
239  that time a CAUCASIAN MALE HEAVY SET with blue eyes who's finger I bit earlier push
240  me and said we not going to play put your fingers, I stated that's not my picture so now they
241  are MAD and showing extreme and then processed to put the cuffs on me hard so now I'm
242  asking them to loosen the cuff's they are too tight and then they grab my arms to rough  so
243  they took me back to the cell I'm saying to the others inmates please if you all get out my name
244  is Shakenah Johnson I reside at 1246 Wagner Avenue Philadelphia Pa. 19141, I go by the name
245  Kean Bean the crab queen please tell someone what these officers are doing because it is not
246  right after that episode they put me back in the cell hand cuff me to the bars, and left me I
247  now ask the other inmates are they handcuffed to the bars of the cell which I already knew
248  they weren't just for the record.
249
250  Fact: after walking back pass from them they the PHILADELPHIA POLICE were trying to
251  process me under another name (PERSON) of their choosing one inmate said no I said  why
252  they have me handcuff, I then shouted  lord help me this people are acting like animals
253  brutalizing me like a SLAVE on a Plantation  n I began to cry and ask GOD for forgiveness,
254  and help me to get away from these demonic officers who I cause no harm, or danger so now
255  I'm cuffed to the bars which means I can't sit down nor move around so hours go by 2 male,
256  and two females come with a cell phone to get my finger prints upon grabbing my fingers

257  trying to place them on the phone with me still handcuff to the bars I asked what are you all
258  doing please let me go you all are hurting me.
259
260  Fact: At this point my hands was with a close fist whereas two Officers were tying one
261  hand, and the other two on the other somehow the left cuff came off so now my right hand
262  is still cuffed to the cell which came off at this time my right arm is still cuffed to the cell bar
263  where the (BLACK FEMALE OFFICER) began pulling the braids, banging my head against
264  the cell still handcuffed, here I am again with these Philadelphia Police Brutalizing me again
265  and again, I said to myself I am wondering am I going to be another Sandra Blain, no one
266  knows were I am  sense they were trying to process me under another name so there will be
267  no trace of my existence.
268
269  Whereas they the PHILADELPHIA POLICE began another offensive behavior spraying
270  disinfect spray in my mouth, face & eyes it was in a tall white can it cause me to start
271  breathing fast and spit out my mouth the spray the WHITE MALE OFFICER with blue
272  eyes took his close fist and punch me five (5) times in my left eye and  on the forth punch I
273  was able to bite his finger upon biting the officer 3 more officers  2 male one being tall
274  named Sheriff Carson a Black Male with glasses another one tall light brown skin who I
275  remember prior to seeing in the room where you see a Judge on the screen and she give you
276  your charges and he the writes up the paper work, at that time the two officers and Sheriff
277  Carson stood there while the  other officers opened the gate and they began choking,
278  punching, kneeing and scratching
279
280  MORE ABUSE AND FACTS OF THE BRUTAL ASSAULT OF MS. JOHNSON
281  PERPETRATED BY THE PHILADELPHIA POLICE DEPARTMENT AND SHERIFF
282  DEPARTMENT ALIKE

283  Fact: Me they then picked me off the floor took the right handcuff off and locked me back in
284  the cell I'm sitting there crying with blood all over my clothes my braids snatched from the
285  roots my head pounding my eye black and puffed scratches on my arms, neck lips busted my
286  left wrist and thumb my right wrist which have no filling and was busted I felt like I had no
287  life in my body so now I removed the bloodied clothes showing the officers thru the gate
288  saying I need help, I dropped my clothes outside the cell when the female cop walked thru the
289  block she kicked my clothes and braids that were snatched out of reach so now.

290

291  Fact: Whereas, as I stand naked brutalized by the Police Officer who all conspired in this
292  brutality to KILL me and make it look like an accident or blame it on other inmates I (surmise)
293  through it all I still calling for help blood running down my face with nothing own
294  (CLOTHES) Menstrual bleeding profusely still calling for help but yet no response hours pass
295  when female Officer come with a white plastic jumpsuit so I asked can I have my clothing she
296  said it has blood all over it I said its fine I want my clothing in which I came in with so she
297  kick my clothes I got dressed they took me out I ask where are you taking me the officer stated
298  to get checked out I said I don't want to get checked out I am now totally afraid of these evil
299  people if this is standard Police Practice then this is a sad day in the City Philadelphia, the saga
300  of abuse continues and harassment continues.

301  THE JEFFERSON HOSPITAL VISIT FOR INJURIES SUBTAIN BY THE BRUTALLY
302  OF THE PHILADELPHIA POLICE DEPARTMENT

303  Fact: Whereas I don't know there next move may not be a good one, so as I'm looking out
304  the little window in the middle front of the Police Van I notice we arrive at Jefferson Hospital
305  going thru an area that public persons don't enter upon pulling me out the Police Van the
306  Officers had put on the clear face shields which they never had on before coming to the
307  Hospital (JEFFERSON) a CAUCASIAN MALE OFFICER with blue eyes wearing glasses
308  tall come in flashing a light ask me would I like to be seen, I said to him I didn't do anything
309  wrong, I just want to go home so the officer said do you want to be seen I said no I refuse

310 treatment not knowing that the officers were now taking me to the Detention Center on State
311 Road once again never formerly charged to best of my knowledge now at this time I realize I
312 need to get seen, and before they take me out of the room I said I need to be seen they said
313 NO it's too late yet we are still at the Jefferson Hospital they said you are going to jail,

314                     NOW HEADED TO THE PHILADELPHIA DETENTION CENTER
315

316 Fact: whereas they the POLICE OFFICERS proceeded to take me back to the police van
317 upon after getting in the van I arrived in the back of a building that said do not occupied due
318 to hazard conditions the officers stopped at a window the driver takes his gun off I said are
319 you all ready to KILL ME, in which I think that was there plan all long as it appears they
320 WERE thinking about it the officers (although speculative there actions warrant the
321 Statement) so the other officer in the van gets out the driver passes the gun the gun goes to
322 the window he then comes back, then we drive thru another gate where they take me out I
323 enter the building to the right is an office where I can see two Black Female Officers one come
324 out the officer gives her paperwork she ask me to step inside this room across from where
325

326 Fact: I first seen this woman and the other female at the 8th & Race now upon waiting she take
327 me thru another set of doors where a chair is, and she ask me to sit, and wait while she gather
328 stuff so I can take a shower, she then ask if I wanted her to wash my clothes I said NO, thank
329 you I'll wash them myself not realizing that they wanted to destroy the evidence of their
330 brutality, at that point she said sure so it will be ready & clean for you when you finish. She
331 then took me too the shower gave me a towel soap and rag asking me to bend over, and cough
332 when I'm done showering put everything in a bag and put on this sweatshirt and jumpsuit,
333 now after getting out the shower she had me sign some papers for my things, after that she
334 then put me in another room inside the area from where I was first brought in, and tell me I
335 must take the rest of my braids out I then ask for scissors and a comb.

336                                       **Continued Abuse**

337  The female prison officer gives me the scissors and comb I took what was left from 8th and
338  Race Streets the Police Administration Building which was snatched out, She now takes me
339  to the cell block where there are other females the correction officers are talking to the other
340  inmates with humiliating words cussing and continued verbal abuse for no reason, and treating
341  me and others (INMATES) with no respect they would then open the cells to allow the
342  inmates out for which they say is an hour however it is whatever time they say I would grab
343  my things, and head to the top where the C/O brought me in they would stop me, and send
344  me back to the cell so they came, and took me to a different side 207 which is considered to
345  be the crazy part of the prison where they label as a mental prisoner upon arriving there I later
346  found out I there in a locked room with a big turn key with a black eye mouth busted wrist
347  busted with puss coming out developing an infection, now a nurse came with the C/O to take
348  my temperature and ask me some questions.

349

350  Fact: I said my head was heavy which my eye was thriving and I was cold and in a lot of pain
351  I asked for some Tylenol she said she will document this procedure, I ask when will you bring
352  it back noon time came next day, at this time I can see it is a new day when Correction Officer
353  Beckam come in she gives me a cold pack then, now comes the first time I ate something in
354  days, since the day I got arrested I ate the cold pack (FOOD) and now I'm still waiting for the
355  Tylenol for this is major pain in my head, so now the C/O, and nurse comes she says Ms
356  Johnson here is your Tylenol in a little white paper cup I looked at the pill its PINK, I said
357  this is not Tylenol the nurse said you ask for Tylenol you want it I said Tylenol is not pink you
358  are trying to (POISON ME) the C/O now leaned, and holding the on the door knob stumps
359  her feet, and with an attitude says its Tylenol you going to take it or not so because my head
360  was hurting I was praying even if it's not Tylenol please give me something to take for this
361  pain so I put my left hand out put the pill in my mouth, she said lift up your tongue so we can
362  see they observed the pill was taken after that they left after they left I laid down and fell asleep
363  I woke up not feeling myself so a Chinese looking Male nurse come to check on, and I tell

him I don't feel well, nothing happened time goes by I'm not eating so Beckam the C/O would come in the room saying Shakenah please eat you have to eat something you look dehydrated and sick please eat the apple, I began to pray harder and then a C/O came which I thought I was going home and they took me back to the block now I'm slowly losing the headache, and now I can see clear. I began to ask questions to other inmates on December 4th 2021 now realizing how much time has gone by I began getting treated by a nurse who cleaned my arm for the first time she gave me some ointment called A&D the time I was there I never was given a care packet a jump suit to change in a wrist band nor did they have the date on my paper work on the door all inmates had dates and bands. Comment this very interesting a conspiracy to act like she never existed in their facility, (THE PRISON). C/O mean (Correction Officer or Officer(s)

## ABUSE OF POWER BY ALL PARTIES

Fact: They being the Prison System never set me up to contact my family which I've been asking since the day 1 I arrived, every time I would ask a C/O she would say when the next C/O come on duty when the next C/O on, and on so I then got called from C/O Phillips to go set up my PP# and speak to an Attorney on the phone when calling in there was no response C/O Phillips called someone to inform that I was trying to get thru and when she hung up she stated they canceled and I said canceled why she said your hearing and took me back to my cell so now

Fact: I still have not spoken to any of my children nor family since being arrested because they did not allow me any calls now time goes by now, we are out of our cells for a break and the C/O walks over and hand me someone else papers I give it back, I finally get to the phone, and trying to dial and it did not work for 2 days.

391 Fact: I informed the C/O and I got no help so an inmate who I knew from the outside began
392 to help and guide me thru step by step when she got the C/O let me out with her who is
393 Jazmine Gittins she then gave me knowledge as to who is who, and how they treat the inmates
394 time passes by now I see another inmate known by me Nafeesah who was also a worker and
395 we acknowledge each other to be cousins who began helping as well then another Malika and
396 also lucky those four young ladies helped me through the process till the day I got released.
397 Foot Note: All of this transpired because of a mother's concern for her children that was
398 unlawfully and unconstitutionally taken from her home, and NOW the mother gets brutalized
399 unconstitutionally by the same POLICE DEPARTMENT, before the United States talk about
400 crimes perpetrated by other Countries WE need to take a long look at what is going on here
401 in America.
402
                                    CAVEAT
403
404 It is truth and fact that these ancient Land belong to the autochthonous aborigine's heir to
405 these Lands I queen shakenah holder in due course of the ESTATE OF JOHNSON, and the
406 ssn, as we know what it is really all about, as from the history thereof to my observation our
407 forefathers (Ancestor's) who welcomed the European immigrant to travel with safe passage
408 through our lands, for our thanks for doing that, we have been murdered, our woman raped,
409 and beaten , many  tortured, many made homeless homes, many we don't know what happen
410 to them, burned down etc. like the Elaine Arkansas Massacre 1919, and the Ocoee Florida
411 Massacre  the rest is well documented many unlawfully imprisoned, and it still is happening
412 almost everyday day, how on the basis of Commonwealth of Pennsylvania, vs. Justin Irland;
413 Brief Quote The Commonwealth upon consideration of Plaintiff(s) and additional plaintiff(s)
414 who are entitled to the return of their property that was unlawfully taken from them in direct
415 violation of the Pennsylvania Constitution and the Order entered by the Commonwealth
416 Court, In case law cited as Commonwealth of Pennsylvania, vs. Justin Irland, The
417 Commonwealth and its Court never had right to confiscation authority and that it never came

with them from across the sea , also religious immunity from (tax, levy, and fees)as cited by our Supreme Court, in Murdock vs. Pennsylvania, cited as case law, 319 U.S. 105, et. seq. incorporated and made part of this **ORDER"**. Certified Order as of January 03, 2020, in United States District Court, (Quote) violation of the Pennsylvania Constitution Article 1 Section 8. I think we all are tired of being sick and tired.

RELIEF SOUGHT

Upon the Mental, and physical abuse by the PHILADELPHIA POLICE, and horrible Prison conditions and disrespectful Prison Guards, and the mental, physical abuse, and the constant humiliation by the Prison Guards, and the inhuman conditions and treatment such as mice fighting other mice, Rats in the cells inmates that have been bitten by Rats the food delivered in unsanitary fashion, giving wrong medication that made me sick, the physical abuse from the beginning was unprecedented in my eyes, only true relief is Justice, in which I have been praying for. Relief sought, ? in this matter doesn't have a price but, we must reflect on the lack of moral compass that is beyond man's comprehension these are the signs of a damaged, and endangered society of a mentally seduce system that systematically prays on the weak and disenfranchise those that show a ray of intelligence which in many incidence, thereby by making this a non-compromising system (a Dictatorship) of in justice when you can abduct another being brutalize, humiliate, denied them there rights as an Indigenous Peoples, and a Tribal member of a sovereign nation. I think relief need to be left for the people to decide in a TRIAL BY JURY!!! that would be the ultimate relief (JUSTICE).

CONCLUSION

All parties to be charged in the following: Criminal Conspiracy, and actions of those, of Human Trafficking, Crimes against humanity, Abuse of Power, Obstruction of Justice,

Slavery, Miranda Rights, aggravated assault, trespassing against a non-corporate being and Genocide which are all International Crimes as well as Federal Crimes this is clearly a Criminal Case and all parties involved to be arrested by the Sheriff Department, Philadelphia Police Department and the Philadelphia Bureau of Prisons, and First Judicial District of Pennsylvania, a system of injustice that is worse than an APARTHEID SYSTEM, as in Modern Day Slavery, as a common practice by the Municipalities, which are bordering on GENOCIDE, if not already there by giving me a a pink pill that is supposed to be Tylenol, and then force me to take it or else, all documents and to be confiscated immediately without delay, and taken into the possession by the United States District Court, Eastern District of Pennsylvania, and transfer same to whom jurisdiction has been given.

"With sincerity and to all which is respectfully **AFFIRMED**"

Affirmed and subscribed before this court this _____, Day in the month of January 2021

By: _____,
Settler/Grantor

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA